# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN ZANE GOBERT, <br><br> Defendant. | CR 19-81-GF-BMM <br><br><br> ORDER |

Before the Court is the unopposed request of the United States to allow two witnesses to testify at trial by video-teleconferencing. For good cause shown, IT IS ORDERED that the witnesses, Annette Findlater and Theodore Collins, may testify by means of video-teleconferencing at the trial scheduled to begin September 22, 2020 at 9:00 a.m. in Great Falls, Montana.

DATED this 14th day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court