IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN ZANE GOBERT,<br><br>Defendant. | CR-19-81-GF-BMM<br><br>ORDER |

Upon Defendant's Notice of Intent to Proceed to Trial by the Court Sitting Without a Jury (Doc. 33), Plaintiff's Consent to Bench Trial (Doc. 34) and pursuant to Rule 23 of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the undersigned will preside over a Bench Trial in this matter on September 22, 2020 at 9:00 a.m.  The Final Pretrial Conference will be held on September 22, 2020 at 8:30 a.m.

DATED this 15th day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court